**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7297**

KENNETH GIBSON,

Plaintiff - Appellant,

v.

DONNIE HARRISON, Wake County Sheriff; OFFICER K. MEYER, Wake County Detention Center; DR. UMESI; MAJOR P. WILLIAMS, Wake County Detention Center; ASSISTANT DIRECTOR HIGDON, Wake County Detention Center; D. BOWEN; WAKE COUNTY SHERIFF DEPARTMENT,

Defendants - Appellees,

and

STATE OF NORTH CAROLINA; WAKE COUNTY DETENTION CENTER,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:15-ct-03055-FL)

Submitted: January 30, 2018                    Decided: February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Gibson, Appellant Pro Se. John Albert Maxfield, WAKE COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Gibson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gibson v. Harrison*, No. 5:15-ct-03055-FL (E.D.N.C. Sept. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*